

NUMBER 13-11-00526-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN THE INTEREST OF M. S. G., A CHILD

On Appeal from the 156th District Court
of San Patricio County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Kevin Michael Garcia, attempts to appeal a judgment of contempt entered against him on January 26, 2011. This court does not have jurisdiction to review contempt orders by direct appeal. *See Norman v. Norman*, 692 S.W.2d 655, 655 (Tex. 1985); *Tracy v. Tracy*, 219 S.W.3d 527, 530 (Tex. App.–Dallas 2007, no pet.). Contempt orders may be reviewed only by an application for a writ of habeas corpus, if the contemnor has been confined, or by a petition for a writ of mandamus, if the contemnor

has not been confined. *See Rosser v. Squier*, 902 S.W.2d 962, 962 (Tex. 1995); *Ex parte Williams*, 690 S.W.2d 243, 243 (Tex. 1985); *Tracy*, 219 S.W.3d at 290.

The Court, having examined and fully considered the documents on file, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a), (c). All pending motions are likewise DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Delivered and filed the
10th day of November, 2011.